UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OWEN HARTY,

                Plaintiff,

v.

RUBICON RA TARRYTOWN LLC and PYRAMID
TARRYTOWN MANAGEMENT LLC,

                Defendants.
-------------------------------------------------------------X

**ORDER**

19-cv-9468 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on Defendants' pending motion to dismiss Plaintiff's Complaint. (Doc. 16). The oral argument will be held via video conference on December 17, 2020 at 12:00 p.m.

      **At least one week prior to the scheduled oral argument, counsel shall contact the Southern District of New York Technology Department (212-805-0134) to coordinate video conference services.**

SO ORDERED:

Dated: New York, New York
       November 17, 2020

                                        _____
                                        Philip M. Halpern
                                        United States District Judge