UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OWEN HARTY,

               Plaintiff,

v.

RUBICON RA TARRYTOWN LLC and
PYRAMID TARRYTOWN MANAGEMENT LLC,

               Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-09468 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The oral argument scheduled for 12/17/2020 at 12:00 p.m. will be held remotely via video

conference through Skype for Business.

    Counsel (and all individuals attending the oral argument) shall use the following link to

access Skype for Business at the scheduled time:

    Join online meeting
    (https://meet.lync.com/fedcourts-nysd/shari_hochberg/CU5TM9FC)

SO ORDERED:

Dated: New York, New York
       December 15, 2020

                                                        
                                Philip M. Halpern
                                United States District Judge