UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OWEN HARTY,

                     Plaintiff,

v.

RUBICON RA TARRYTOWN LLC and PYRAMID
TARRYTOWN MANAGEMENT LLC,

                     Defendants.
---------------------------------------------------------------X

**ORDER**

19-cv-09468 (PMH)

PHILIP M. HALPERN, United States District Judge:

On December 17, 2020, the Court heard oral argument via videoconference on Defendants' motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Doc. 16). Following oral argument, the Court issued a bench ruling.

For the reasons indicated on the record, the motion to dismiss is GRANTED.

The Clerk of Court is instructed to terminate the pending motion (Doc. 16) and close this action.

SO ORDERED:

Dated: New York, New York
       December 17, 2020

_____
Philip M. Halpern
United States District Judge