**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
OWEN HARTY,

                         Plaintiff,

          -against-                                   19 **CIVIL** 9468 (PMH)

                                                                  **JUDGMENT**

RUBICON RA TARRYTOWN LLC and
PYRAMID TARRYTOWN MANAGEMENT, LLC,

                         Defendants.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 17, 2020, the Court heard oral argument via videoconference on Defendants' motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Following oral argument, the Court issued a bench ruling. For the reasons indicated on the record, the motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

        December 17, 2020

                                             **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**

              **BY:**       *K. Mango*
                                      _____
                                        **Deputy Clerk**